JAMES A. KNIGHT, PETITIONER-PETITIONER, v. HER-
BERT P. COHEN *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 56 *N. J. Super.* 516.

*Mr. Herbert Klosk* for the petitioner.

*Mr. Edward B. Meredith* for the respondents.

December 14, 1959.   Granted.

JOSEPH  CUIULE,  PLAINTIFF-RESPONDENT,  v.  MARIE
NALBONE, DEFENDANT-PETITIONER.

*Messrs. Pellettieri & Rabstein* for the petitioner.

*Mr. Nathan N. Finkle* and *Mr. John A. Hartpence* for
the respondent.

December 14, 1959.   Denied.